IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONIN CAPITAL, LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 16-cv-6909 |
| v. | ) ) | Hon. Charles P. Kocoras |
| CESAR ALEXANDER MAYORGA, | ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendant. | ) ) | |

**ORDER EXTENDING TEMPORARY**
**RESTRAINING ORDER AND SEIZURE ORDER**

This matter having come before the Court on the Joint Stipulation Extending Temporary Restraining Order and Seizure Order filed July 11, 2016,

IT IS HEREBY ORDERED THAT the Amended Temporary Restraining Order and Seizure Order entered on July 1, 2016 is extended to July 29, 2016.

Dated: 7/11/2016

_____
United States District Judge

3834970